LEONORA SPEYER, Appellant, *v.* LOUIS G. HAMERSLEY, Respondent.

Argued March 24, 1937; decided April 27, 1937.

*Eugene Untermyer, Abraham Shamos* and *Mitchell Salem Fisher* for appellant.

*Bartow H. Hall* and *James G. Holland* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.